UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ERIC E. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0427 |
| FAIRFAX CIRCUIT COURT, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

In his "Complaint of Obstruction of Justices," plaintiff alleges that various individuals and entities have stalked and terrorized him, deprived him of sleep, broken his ribs, stolen his computer, inserted parasites under his skin, and subjected him to their "dream interrogation program." Plaintiff does not state a basis for this Court's jurisdiction, and it is not clear what, if any, relief plaintiff demands. For these reasons, the complaint will be dismissed for its failure to comply with Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.

/s/ Rosemary M. Collyer
United States District Judge

Date: 5 March 2008